Núm. 7726.—PUEBLO, apldo. *v.* MÁRQUEZ, aplte.—C. D. Humacao.
Junio 16, 1939.

Por los fundamentos consignados en la opinión emitida en el caso núm. 7669, *El Pueblo de Puerto Rico, demandante y apelado,* v. *Mario Márquez Muñoz, acusado y apelante,* resuelto el 13 de junio de 1939 (ante, pág. 102), se revoca la sentencia apelada que dictó la Corte de Distrito de Humacao el día 20 de diciembre de 1938 y se absuelve al acusado.